IN THE SUPREME COURT OF THE STATE OF NEVADA

NEXNOVO TECHNOLOGY CO., LTD.,
F/K/A DWS TECHNOLOGY
(SHENZHEN) CO.,

Appellant,

vs.

MURPHY & CO., LLP,

Respondent.

No. 83340

FILED

JUN 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Paul M. Haire, Settlement Judge
Dziminski Law Group
Hone Law
Eighth District Court Clerk

22-18260